IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP STEWART,
ADC #151956                                                                                    PLAINTIFF

v.                                    3:20-cv-00158-DPM-JJV

DRINKARD, Sergeant; and
GILLIHAN, Captain, North Central Unit, ADC                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Phillip Stewart (Plaintiff) is a state prisoner proceeding *pro se* in this § 1983 action. On June 10, 2020, I denied Plaintiff permission to proceed *in forma pauperis* because he had accumulated more than three strikes, as defined by 28 U.S.C. § 1915(g), and failed to satisfy the imminent danger exception to that statutory provision. (Doc. No. 3.) I then ordered Plaintiff to pay the statutory filing fee of $400.00 within twenty-one (21) days and cautioned him I would recommend dismissal if he failed to timely do so. (*Id.*) As of today, Plaintiff has not paid any of the filing fee and the time to do so has passed. Accordingly, Plaintiff's Complaint should be dismissed without prejudice. If Plaintiff wishes to proceed with this action, he may pay the filing fee in full with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1.  Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice, and this case be CLOSED.

2.  The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 7th day of July 2020.

                                                                            _____
                                                                            JOE J. VOLPE
                                                                            UNITED STATES MAGISTRATE JUDGE