IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP STEWART
ADC #151956                                                                          PLAINTIFF

v.                             No. 3:20-cv-158-DPM

DRINKARD, Sergeant, North Central
Unit, ADC;  and GILLIHAN, Captain,
North Central Unit, ADC                                                          DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 4*.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Stewart's complaint will be dismissed without prejudice for failure to pay the filing fee.  28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2020