# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

PHILLIP STEWART
ADC #151956                                                          PLAINTIFF

v.                          No. 3:20-cv-158-DPM

DRINKARD, Sergeant, North Central
Unit, ADC;   and GILLIHAN, Captain,
North Central Unit, ADC                                          DEFENDANTS

## JUDGMENT

Stewart's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2020